UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY J. JOHNSON,

    Petitioner,

    v.                                      Case No. 2:12-cv-234
                                            JUDGE GREGORY L. FROST
WARDEN, MADISON                      Magistrate Judge Elizabeth P. Deavers
CORRECTIONAL INSTITUTION,

    Respondent.

## ORDER

        This matter is before the Court for consideration of the Magistrate Judge's February 2, 2014 Report and Recommendation. (ECF No. 16.) In that filing, the Magistrate Judge recommended that the Court dismiss this action. The Report and Recommendation advised Petitioner that the failure to object within fourteen days would "result in a waiver of the right to have the district judge review the *Report and Recommendation de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (ECF No. 16, at Page ID # 1091.)

        The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, this Court **ADOPTS** the Report and Recommendation (ECF No. 16) and **DISMISSES** this action. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

      /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE